UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>WELLONS GROUP INC.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:25-cv-05657-DGE<br><br>MINUTE ORDER ON NOTICE OF VOLUNTARY DISMISSAL (DKT. NO. 6) |

　　　　The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

　　　　On December 16, Plaintiff filed a notice of voluntary dismissal of its claims against Defendants Wellons Group, Inc. and Wellons Canada Corporation.  (Dkt. No. 6.)  Accordingly, all of Plaintiff's claims against Defendants Wellons Group, Inc. and Wellons Canada Corporation are DISMISSED without prejudice and without costs or attorney fees to either party. The Clerk is directed to close the case.

　　　　Dated this 19th day of December 2025.

MINUTE ORDER ON NOTICE OF VOLUNTARY DISMISSAL (DKT. NO. 6) - 1

1 | The foregoing Minute Order authorized by THE HONORABLE DAVID G.
2 | ESTUDILLO, UNITED STATES DISTRICT JUDGE.